

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2019

No. 04-19-00248-CR

Michael Cesar **FERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13555
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's brief was originally due June 21, 2019; however, the court granted an extension of time to file the brief until July 22, 2019. On that date, appellant State filed a motion requesting an additional thirty day extension of time. We grant the motion and **order** appellant's attorney, Patrick Ballantyne, to file the brief by **August 21, 2019** (60 days after the original due date).

Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court